IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

XUN ENERGY, INC., *a Nevada Corporation*,

    Plaintiff,

vs.

LIA KENNEDY, *an individual*, d/b/a LUXEMBARINGS,

    Defendant.

Case No. 11-cv-983-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** July 8, 2013

**NANCY J. ROSENSTENGEL, Clerk of Court**

<u>s/Deborah Agans, Deputy Clerk</u>

**Approved:**   s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**